UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ALISA L. HOWARD,             ) <br> ) <br> Plaintiff,           ) <br> ) <br> vs.                  ) <br> ) <br> MICHAEL J. ASTRUE,         ) <br> Commissioner of Social Security,  ) <br> ) <br> Defendant.          ) | Case No. 4:11cv1965 SNLJ(LMB) |

### ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Lewis M. Blanton (#19), filed December 4, 2012, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the Commissioner of Social Security's decision be and is **REVERSED** and, pursuant to sentence four of 42 U.S.C. § 405(g), **REMANDED** to the Commissioner for further proceedings pursuant to the report and recommendation adopted herein. This Court does not retain jurisdiction of this case.

Dated this   27th   day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE